UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROD DIETRICH,<br><br>               Defendant. | No. CR-09-006-WFN<br><br>ORDER RESERVING RULING ON DEFENDANT'S ORAL MOTION TO REMOVE CONDITION OF ELECTRONIC MONITORING |

At the April 28, 2009, status conference, Defendant was present with counsel Michael Lynch. Assistant U.S. Attorney Earl A. Hicks represented the United States. Defendant orally moved to remove the release condition of electronic monitoring.

Ruling on the Defendant's oral Motion to modify (Ct. Rec. 34) is reserved until May 18, 2009. At that time, if the Motion is opposed, a telephonic hearing will be scheduled.

DATED April 30, 2009.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER RESERVING RULING ON DEFENDANT'S ORAL MOTION
TO REMOVE CONDITION OF ELECTRONIC MONITORING - 1